PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Bruce Nhouthakith

Crim. No. 8:15CR00119

On October 01, 2020 the above named was placed on probation/supervised release for a period of LIFE. Mr. Nhouthakith died on March 9, 2021. Accordingly, it is requested that Mr. Nhouthakith's supervision be formally terminated by the Court.

Respectfully submitted,

*U.S. Probation & Pretrial Services Officer*

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 5th day of April, 20 21.

*John M. Gerrard, Chief United States District Judge*